

Misc. No. 12–8022/AF.  Steven J. Holsey, Petitioner v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a temporary restraining order enjoining an Article 32 Hearing in Petitioner's case scheduled for 9 a.m., Monday, June 4, 2012 was filed under Rule 27(a).

Misc. No. 12–8022/AF.  Steven J. Holsey, Petitioner v. United States, Respondent. On consideration of the petition for extraordinary relief in the nature of a temporary restraining order enjoining an Article 32 Hearing in Petitioner's case scheduled for 9 a.m., Monday, June 4, 2012, it is ordered that said Article 32 hearing is hereby stayed pending further order of the Court, and that Respondent will file an answer to said petition no later than 5:00 p.m. on this date.

Misc. No. 12–8023/AF.  Steven J. Holsey, Petitioner v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a